CHARLES MCNAMEE, Respondent, *v.* ALSTON WILSON, Appellant.

(Argued May 28, 1878; decided May 28, 1878.)

*James S. Stearns* for appellant.

*George W. Blunt* for respondent.

Agree to affirm on argument.
All concur.
Judgment affirmed.